# Rodolf & Todd

A PROFESSIONAL LIMITED LIABILITY COMPANY

| | | |
|---|---|---|
| Stephen J. Rodolf | | Chad H. Moody |
| Terry Todd | | Mary Lockhart |
| Karen L. Callahan | 2000 MID-CONTINENT TOWER | Dennis C. Roberts II |
| Leslie C. Weeks | 401 SOUTH BOSTON AVENUE | Amanda M. Self |
| Elizabeth K. Hall | TULSA, OKLAHOMA  74103-4014 | Grant A. Fitz |
| David A. Russell | | Joelle C. Gandall |
| Beth S. Reynolds | Phone (918) 295-2100 | Jacqueline M. Wells |
| Eric M. Jordan | Fax (918) 295-7800 | Terry S. Tollette |
| Brent L. Thompson | | Andrea L. Medley |

December 7, 2006

VIA E-Mail/Electronic Filing
Honorable Ronald J. Hedges
U.S. District Court of New Jersey
50 Walnut Street, Room 415
Newark, NJ  07101

      **RE:  In re Human Tissue Products Liability Action**
            **Civil Action No. 06-135; MDL No. 1763**

Dear Judge Hedges:

     On October 18, 2006, the Judicial Panel on Multidistrict Litigation entered an order transferring Defendant Hillcrest Medical Center from the Northern District of Oklahoma to this Court.  On October 20, 2006, Defendants' Regeneration Technologies, Inc. ("RTI"), Medtronic, Inc., Medtronic Sofamor Danke USA, Inc. and Spinalgraft Technologies, LLC, filed their "Motion to Dismiss All Plaintiffs' Claims Because RTI's Sterilized Tissue Allografts Are Incapable of Transmitting Disease."  Furthermore, on December 4, 2006, RTI filed a Supplement to its Motion to Dismiss.  Thus, Defendant Hillcrest Medical Center would like to join in and/or adopt as its own the above mentioned Motion to Dismiss any supplements thereto, including all documents attached in support thereof.

                                                                  Respectfully Yours,

                                                                  /s/ Brent L. Thompson
                                                                  By:  Brent L. Thompson

cc:  Counsel of Record
     (See attached service list)

**SERVICE LIST**

Joseph J. DePalma
Lite, DePalma, Greenberg & Rivas
Two Gateway Center, 12th Floor
Newark, NJ  07102
973/623-3000
973/623-0858 (fax)
*Plaintiffs' Federal Liaison Counsel*

Christopher M. Placitella
Cohen, Placitella & Roth
115 Maple Avenue
Red Bank, NJ  07701
*Plaintiffs' State Liaison Counsel*

Anthony Vale
Pepper Hamilton
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
valea@pepperlaw.com
*Counsel for Medtronic Sofamor Danek, Inc.; Medtronic, Inc.;*
*Medtronic Sofamor Danek, USA, Inc.; and Spinal Graft Technologies, LLC*

George Hardin
Hardin, Kundla, McKeon & Poletto
673 Morria Avenue
P.O. Box 730
Springfield, NJ  07081-0730
ghardin@hkmpp.com
973/912-5222
*Counsel for Tutogen Medical, Inc.*

David W. Field
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ  07068
dfield@lowenstein.com
973/597-2500
*Counsel for LifeCell Corporation*

Kevin Maxim
Troutman Sanders
Bank of America Plaza, Ste. 5200
600 Peachtree Street, NE
Atlanta, GA  30308-2216
404/885-3000
Kevin.maxim@troutmansanders.com
*Counsel for Lost Mountain Tissue Bank*

David Kott
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
973/622-4444
dkott@mccarter.com
*Counsel for Blood and Tissue Center of Central Texas*

Biomedical Tissue Services Ltd.
c/o Michael Mastromarino, Registered Agent
8 Buckingham Road
Fort Lee, NJ  07024-6338

Daniel George & Son Funeral Home
1852 Bath Avenue
Brooklyn, NY  11214

Samuel V. Stone, Jr.
Brown & McCarroll
111 Congress Avenue, Ste. 1400
Austin, TX  78701-4043
*Counsel for Blood & Tissue Center of Central Texas*

English Brothers Funeral Home
2203 Avenue Z
Brooklyn, NY  11235
718/743-8459

William W. Moehle
2425 Clover Street
Rochester, NY  14618
585/271-3249
*Counsel for Serenity Hill's Funeral Chapel, Inc.*

Charles N. Zambito
Foster, Foster & Zambito
5500 W. Ridge Road
Spencerport, NY  14559-1023
585/352-5556
*Counsel for Thomas E. Burger Funeral Home, Inc.*

Mark S. Landman
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th Floor
New York, NY  10271-0079
202/238-4800
*Counsel for SWB Funeral Services, Inc., d/b/a Profetta Funeral Chapel*

Thomas M. Reardon
Bolan, Jahnsen, Ball & Reardon
830 Broad Street
Shrewsbury, NJ  07702
732/212-1200
*Counsel for Shore Ambulatory Surgical Center, d/b/a Shore Ambulatory Surgery Center*

Monteith P. Todd
Tina M. Cundari
Sowell, Gray, Stepp & Laffitte
1310 Gadsden Street
P.O. Box 11449
Columbia, SC  29211
803/929-1400
*Counsel for Palmetto Health Alliance, d/b/a Palmetto Health*

Medicraft, Inc.
3290 Northside Parkway, Ste. 3300
Atlanta, GA  30327

Joseph Nicelli
29 Clifton Avenue
Staton Island, NY  10305-4911

Denise H. Houghton
Cozen O'Connor
457 Haddonfield Rd, Ste. 300
P.O. Box 5459
Cherry Hill, NJ  08002-2220
dhoughton@cozen.com
800-989-0499
856/910-5075 (fax)