

**COZEN O'CONNOR ATTORNEYS**

A PROFESSIONAL CORPORATION

SUITE 400   200 FOUR FALLS CORPORATE CENTER   P.O. BOX 800   WEST CONSHOHOCKEN, PA 19428-0800
610.941.5400   800.379.0695   610.941.0711 FAX   www.cozen.com

**Denise Brinker Bense**
Direct Phone   610.832.8351
Direct Fax       877.836.0584
dbense@cozen.com

December 22, 2006

**VIA OVERNIGHT MAIL**
**COURTESY COPY**

Honorable Ronald J. Hedges, U.S.M.J.
United States District Court
Martin Luther King Jr. Federal Building &
U. S. Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:    In re:  Human Tissue Products Liability Litigation
                 Civil Action No. 2:06-135 (WJM); MDL No. 1763

Dear Judge Hedges:

     This firm represents defendant, Regeneration Technologies, Inc., in the above-captioned matter.  Enclosed please find a courtesy copy of the following documents which were served today via the Court's ECF:

      1.    Brief of Defendant Regeneration Technologies, Inc. in Opposition to Plaintiffs' Motion to Compel;

      2.    Declaration of Denise Brinker Bense in Support of Brief of Defendant Regeneration Technologies, Inc. in Opposition to Plaintiffs' Motion to Compel; and

      3.    Proposed Form of Order.

      4.    Certificate of Service

Honorable Ronald J. Hedges, U.S.M.J.
December 22, 2006
Page 2
_____

       This motion is returnable before Your Honor on December 27, 2006.

                      Respectfully yours,

                      COZEN O'CONNOR


                        /s/ Denise Brinker Bense

                      By:     Denise Brinker Bense


DBB

Enclosure

cc:    All Counsel of Records (*via the Court's ECF filing system or United States mail if not electronically registered with the Court*) (*with enclosures*)

Honorable Ronald J. Hedges, U.S.M.J.
December 22, 2006
Page 3
_____

*W_CONSHOHOCKEN\427024\1  188794.000*
12/22/06 5:54 PM