RECEIVED
DEC 2 7 2006
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Human Tissue Products Liability Litigation<br><br>This Document Relates to All Cases | ) Docket No. 2:06-cv-135 (WJM)<br>)<br>) MDL No. 1763<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter, having been opened to the Court by Plaintiffs, for an order compelling discovery, and the Court having considered the submissions of the parties, and having heard oral argument, it is hereby

ORDERED on this 27 day of DEC, 2006, that Plaintiffs' Motion to Compel the Production is DENIED except as set forth on the record. As to new individuals identified by plaintiffs, defendant RTI to preserve any existing ESI. Status conference to set up discovery at 10AM on 2/22/07. All counsel to attend. Counsel for Medtronic, et al. to advise plaintiffs by 1/5/07 whether any relevant correspondence received by it from FDA.

e/Ronald J. Hedges
_____
RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE