UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>**All Cases** | Docket No. 2:06-CV-00135 (WJM)<br><br>MDL No. 1763<br><br>**ORDER**<br><br>**HON. WILLIAM J. MARTINI** |

**THIS MATTER** arises from a joint request of the parties for an extension of time to submit a Consent Order on the application of the Court's October 22, 2008 Order to the individual plaintiff's cases,

**IT IS** on this 13th day of November, 2008, hereby,

**ORDERED** that the deadline for the submission of a Consent Order is extended until 11/24/08; and it is

**FURTHER ORDERED** that if the parties are unable to agree on a Consent Order, the parties may submit an application by way of an Order to Show Cause by 11/24/08; and it is

**FURTHER ORDERED** that any further requests for an extension of time with regards to the Consent Order must be made with specificity and in writing before 11/24/08; and it is

**FURTHER ORDERED** that a conference call with the Court will be conducted on 11/24/08 at 1:00 p.m.

s/William J. Martini
**William J. Martini, U.S.D.J.**