UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION | Hon. William J. Martini<br>Civil Action No. 06-135 (WJM)<br>MDL No. 1763 |
| THIS DOCUMENT RELATES TO:<br>ALL "FAMILY CASES" | ORDER |

This matter, having come before the Court by way of Plaintiffs' motion to compel the production of certain privileged documents [CM/ECF Docket Entry No. 700], and, based on the reasons set forth in the Court's corresponding Opinion dated December 12, 2008,

**IT IS** on this **12th day of December 2008,**

**ORDERED** that Plaintiffs' motion to compel [CM/ECF Docket Entry No. 700] is granted in part and denied in part.

**SO ORDERED.**

      /s/   Mark Falk
**MARK FALK**
**United States Magistrate Judge**

Orig.:  Clerk of the Court
cc:     Hon. William J. Martini, U.S.D.J.
        All Parties
        File