UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION | Civ. No. 06-CV-00135 (WJM) |
| | MDL No. 1763 |
| This Document Relates to: | ORDER |
| GENE L. HORNER, et al. v. BIOMEDICAL TISSUE SERVICES, LTD., et al. Civ. No. 07-5198 | HON. WILLIAM J. MARTINI |
| LINDA JOHNSON, et al. v. BIOMEDICAL TISSUE SERVICES, LTD., et al. Civ. No. 07-6170 | |
| BARBARA J. ELSON, et al. v. BIOMEDICAL TISSUE SERVICES, LTD., et al. Civ. No. 07-4337 | |
| ELIZABETH PFAFF V. BIOMEDICAL TISSUE SERVICES, LTD., et al. Civ. No. 07-4744 | |
| KATHLEEN M. OLIVER V. BIOMEDICAL TISSUE SERVICES, LTD., et al. Civ. No. 07-4703 | |

**THIS MATTER** comes before the Court on its own request for a hearing to examine Defendant LifeCell Corporation's compliance with the Reconsideration Order, entered March 18, 2009 (Docket No. 763); and the Court specifically examining Defendant LifeCell's compliance in the context of the *Horner*, *Johnson*, *Pfaff*, *Elson* and *Oliver* cases; and the Court having heard the arguments of counsel; and for good cause

appearing,

**IT IS** on this 7th day of May 2009, hereby

**ORDERED** that the *Horner*, *Johnson*, *Pfaff*, *Elson*, and *Oliver* cases shall be removed from Exhibit A of the Final Order of Dismissal, dated December 10, 2008 (Docket No. 715); and it is

**FURTHER ORDERED** that the *Horner*, *Johnson*, *Pfaff*, *Elson*, and *Oliver* cases shall be administratively stayed pending resolution of Plaintiffs' appeal of the Final Order of Dismissal; and it is

**FURTHER ORDERED** that Defendant LifeCell Corporation shall within 60 days produce to Plaintiffs copies of its production files for the BTS-originated tissue involved in the *Horner*, *Johnson*, *Pfaff*, *Elson*, and *Oliver* cases, including any and all records evidencing the temperature at which this tissue was stored, and the method by which it was processed, thawed, frozen, stored or otherwise handled while in LifeCell's possession; and it is

**FURTHER ORDERED** that a copy of this Order be served on all counsel of record within 10 days hereby.

    /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**