Richard A. Helm, Esq.
BOOKMAN & HELM, LLP
471 W. 36th Avenue, Suite 204
Anchorage, Alaska 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851
email: lhile@bookman-helm.com

Attorneys for Cheryl Bowie

<table>
<tr><td></td><td>:</td><td>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY</td></tr>
</table>

|  |  |  |
|---|---|---|
| | : | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY** |
| | : | |
| | : | |
| **IN RE: HUMAN TISSUE PRODUCTS**<br>**LIABILITY LITIGATION** | : | |
| | : | |
| | : | **Hon. William J. Martini** |
| **This Document Relates to:** | : | **Civil Action No. 2:06-135 (WJM)** |
| *Bowie v. Medtronic, et al.* | : | **MDL No. 1763** |
| **Case No. 2:08-cv-4311** | : | |
| | : | |

**BOOKMAN & HELM, LLP**
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

## STATEMENT OF CHERYL BOWIE'S POSITION ON MATTERS

The Court directed Ms. Bowie to state her position on accepting the settlement offered by the defendants and whether she intends to pursue the appeal presently pending in this case before the United States Court of Appeals for the Third Circuit.

Ms. Bowie will not accept the settlement offered.

Because there is only one case presently pending before the Court, after the settlement is approved, Ms. Bowie requests that her case be remanded to the Federal District Court for the District of Alaska. Upon remand she will dismiss the appeal to the Third Circuit. If her case remains with this Court, she will pursue the appeal. She will request that the appeal be stayed until such time as the Multi District Panel rules on the request by her and the Court that the matter be remanded.

DATED at Anchorage, Alaska this _____ day of December, 2009.

By: /s/ Richard A. Helm
    Bookman & Helm, LLP
    471 W. 36th Avenue, Suite 204
    Anchorage, AK 99503
    Telephone: (907) 865-0800
    Fax: (907) 279-4851
    E-mail: lhile@bookman-helm.com
    Alaska Bar # 7011059

HEREBY CERTIFY that on December 21, 2009
a true and correct copy of the foregoing
document was served electronically through
the ECF system.

/s/ Richard A. Helm

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851