HARDIN, KUNDLA, McKEON & POLETTO, P.A.
Janet L. Poletto (JP 2171)
George R. Hardin (GH 0722)
673 Morris Avenue
Springfield, NJ 07081
Ph. (973) 912-5222
Fax (973) 912-9212
*Attorneys for Defendant, Tutogen Medical (United States), Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Human Tissue Products Liability Litigation | : (Document Electronically Filed) :<br>: Civil Action No. 2:06-cv-135(WMJ)(MF)<br>: MDL No. 1763 |
| This Document Relates to: | : |
| *Kennedy-McInnis v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:06-5140 | : |
| *Wilson v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:08-5153 | : |
| *Fetzer v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:08-3786 | : |
| *Michelli v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:06-4134 | : |

**TUTOGEN'S JOINDER IN DEFENDANT REGENERATION TECHNOLOGIES, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant Tutogen Medical (United States), Inc. ("Tutogen"), respectfully joins in Co-Defendant Regeneration Technologies, Inc.'s ("RTI") Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

Tutogen joins in and adopts the arguments set forth within Defendant RTI's Memorandum of Law in their entirety. For the reasons detailed by Defendant RTI, Plaintiffs have failed to meet the prerequisites for class certification. Plaintiffs cannot satisfy the requirements of Fed.R.Civ.P. 23 and their Motion should be denied.

Notably, Tutogen is named and/or remains an active defendant in only two (2) of the four (4) putative class actions pending in the MDL. We specifically join in the Opposition to Plaintiffs' Motion insofar as it seeks relief relative to the actions which currently name Tutogen – namely, the *Fetzer* and *Wilson* actions. As indicated by Defendant RTI in its Opposition, the *Wilson* plaintiffs failed to file a motion for class certification, despite the Court's December 1, 2009 deadline for same. Hence, there is no application pending for class certification relative to the *Wilson* plaintiffs (nor is any motion pending relative to the *Michelli* matter, which does not name Tutogen).

Nevertheless, for the reason that Plaintiffs have at various points intimated that they might seek leave to amend their pleadings to name additional class representatives (though they have failed to do so to date), Tutogen respectfully joins in the Opposition relative to those maters as well. Class certification, for the reasons set forth in RTI's Memorandum of Law, is simply inappropriate in these circumstances.

**PLEASE TAKE FURTHER NOTICE** that Defendant Tutogen, pursuant to L.Civ.R. 7.1(d)(2), will not be submitting a separate brief but, by joining in RTI's Opposition, will rely upon RTI's Memorandum of Law and incorporates the arguments contained therein.

Respectfully submitted,

_/s Janet L. Poletto_
Janet L. Poletto (JP 2171)
Hardin, Kundla, McKeon & Poletto, P.A.
673 Morris Avenue

Dated: January 5, 2010

Springfield, NJ 07081
Ph. (973) 912-5222
Fax (973) 912-9212
*Attorneys for Defendant Tutogen Medical (United States), Inc.*

HARDIN, KUNDLA, McKEON & POLETTO, P.A.
Janet L. Poletto (JP 2171)
673 Morris Avenue
Springfield, NJ 07081
Ph. (973) 912-5222
Fax (973) 912-9212
Attorneys for Defendant, Tutogen Medical (United States) Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Human Tissue Products Liability Litigation<br><br>This Document Relates to:<br><br>*Kennedy-McInnis v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:06-5140<br><br>*Wilson v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:08-5153<br><br>*Fetzer v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:08-3786<br><br>*Michelli v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:06-4134 | (Document Electronically Filed)<br><br>Civil Action No. 2:06-cv-135(WMJ)(MF)<br>MDL No. 1763 |

## CERTIFICATE OF SERVICE

This is to certify that I have, on this date, served upon all parties' counsel of record via the Court's electronic filing system, a copy of the following documents:

1. Joinder of Tutogen Medical (United States), Inc. ("Tutogen") in Defendant Regeneration Technologies, Inc.'s Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification; and
2. Certificate of Service.

/s Janet L. Poletto
Janet L. Poletto, Esq. (JP 2171)
HARDIN, KUNDLA, MCKEON & POLETTO, PA
jpoletto@hkmpp.com
673 Morris Avenue
Springfield, New Jersey 07081
*Attorneys for Tutogen Medical (United States) Inc.*
*improperly pled as Tutogen Medical, Inc.*

Dated: January 5, 2010

# HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
673 MORRIS AVENUE
P.O. BOX 730
SPRINGFIELD, NEW JERSEY 07081-0730
(973) 912-5222
TELECOPIER (973) 912-9212

EMAIL:info@HKMPP.com

**Janet L. Poletto**
jpoletto@hkmpp.com

NEW YORK OFFICE
110 William Street
New York, New York 10038
(212) 571-0111
TELECOPIER (212) 571-1117

PENNSYLVANIA OFFICE
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
TELECOPIER (610) 433-0300

January 5, 2010

<u>Via ECF</u>

Clerk, United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  MDL 1763, In re: Human Tissue Products Liability Litigation
     Civil Action No. 2:06-135 (WJM-MF)
     *Wilson v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:08-5153
     *Fetzer v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:08-3786
     *Kennedy-McInnis v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:06-5140
     *Michelli v. Biomedical Tissue Services, Ltd., et al.*, Civil Action No. 2:06-4134

Dear Sir or Madam:

This Firm represents Defendant Tutogen Medical (United States), Inc. ("Tutogen") in the above-captioned matter.

Enclosed for electronic filing please find the following documents:

1. Joinder of Tutogen Medical (United States), Inc. ("Tutogen") in Defendant Regeneration Technologies, Inc.'s Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification; and

2. Certificate of Service.

Very truly yours,

/s Janet L. Poletto
Janet L. Poletto (JP 2171)
Hardin, Kundla, McKeon & Poletto, P.A.
673 Morris Avenue

        Springfield, NJ 07081
        Ph. (973) 912-5222
        Fax (973) 912-9212
        *Attorneys for Defendant*
        *Tutogen Medical (United States), Inc.*

JLP:agh
Enclosures
cc:
The Honorable William J. Martini (by US Mail and ECF)
All Counsel of Record (via ECF)